Keith Russell JUDD, Plaintiff–
Appellant,

v.

UNITED STATES, Federal Bureau of
Prisons, Federal Bureau of Investiga-
tion, U.S. Marshals Service, and U.S.
Department of Justice, Defendants–
Appellees.

No. 2009–1319.

United States Court of Appeals,
Federal Circuit.

April 24, 2009.

Jeanne E. Davidson, Department of Jus-
tice, Washington, DC, for Defendants–Ap-
pellees.

Keith Russell Judd, Texarkana, TX, pro
se.

### ORDER

The appellant having failed to pay the
docketing fee required by Federal Circuit
Rule 52(a)(1) within the time permitted by
the rules, it is

ORDERED that the notice of appeal be,
and the same hereby is, DISMISSED, for
failure to prosecute in accordance with the
rules.

Keith Russell JUDD, Plaintiff–
Appellant,

v.

UNITED STATES COURT OF AP-
PEALS FOR THE FIFTH CIR-
CUIT, Defendant–Appellee.

No. 2009–1320.

United States Court of Appeals,
Federal Circuit.

April 24, 2009.

Keith Russell Judd, Texarkana, TX, for
pro se.

Jeanne E. Davidson, Department of Jus-
tice, Washington, DC, for Defendant–Ap-
pellee.

### ORDER

The appellant having failed to pay the
docketing fee required by Federal Circuit
Rule 52(a)(1) within the time permitted by
the rules, it is

ORDERED that the notice of appeal be,
and the same hereby is, DISMISSED, for
failure to prosecute in accordance with the
rules.